

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2601

**Desiree Alexander**
Labor and Employment Law Division
Telephone: (212) 356-3177
Email: dealexan@law.nyc.gov

**Via CM/ECF**

Honorable Valerie Figueredo                                July 15, 2025
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   Chowdhury v. Dep't of Housing Preservation and Development et. al.
             No. 24-cv-0182 (ER)(VF)

Dear Magistrate Judge Figueredo:

    Defendants, City of New York ("City"),[1] Anna Vaysman ("Vaysman"), and Jesse Laufer ("Laufer") (collectively "Defendants") respectfully write to request an adjournment of the August 14, 2025, Settlement Conference. The client representative with settlement authority for Defendants will be on vacation at that time and cannot attend in person and will not otherwise be available. The undersigned has conferred with Plaintiff's pro bono counsel and the parties propose the following dates for a 10:00 am settlement conference: September 17, 24, 25, 26, 29, 30, October 1, or 2.

    The parties are happy to provide other dates if the Court is unavailable on the proposed dates. We thank the court for its consideration of this request.

                                                    Respectfully submitted,

                                                    /s/ Desiree Alexander

---

[1] This Court substituted the City of New York for the Department of Housing Preservation and Development in its Opinion & Order, dated March 6, 2025. See ECF No. 27.

Desiree Alexander
Assistant Corporation Counsel
dealexan@law.nyc.gov

To (via CM/ECF):
Natalie Tecimer
Pro bono Counsel
NTecimer@nycbar.org

Mohammad M. Chowdhury (via ECF, certified mail, and email)
Pro Se Plaintiff
90-10. 149th Street, Apartment 5O
Jamaica, New York 11435
michow62@gmail.com
347-634-4387

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 7/16/2025

The settlement conference scheduled for August 14, 2025 is hereby adjourned. The Cort will follow up with an Order with a new date for the conference.

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 39.

2