

**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

October 21, 2025

**Via ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:      *Chowdhury v. Department of Housing Preservation and Development, NYC et al*
                 Case No. 1:24-cv-00182-ER-VF

Dear Judge Figueredo:

The City Bar Justice Center represents plaintiff Mohammad Chowdhury for settlement purposes. I submit this status letter jointly with Desiree Alexander, counsel for defendants. The parties respectfully request that the Settlement Conference scheduled for November 19, 2025 be adjourned.

The Parties have engaged in meaningful settlement discussions and have agreed to a settlement in principle.

The parties therefore do not believe it is necessary to conduct the settlement conference before Your Honor. The parties anticipate having an executed settlement agreement by November 21, 2025.

Respectfully submitted,

Natalie Tecimer
Staff Attorney
City Bar Justice Center
42 W. 44th Street
New York, NY 10036

> **MEMO ENDORSED**
>
> *[signature]*
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> Dated: 10/23/2025
>
> The request for adjournment is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 46.